**ORDERED in the Southern District of Florida on October 26, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jesus Diaz

Case No.: 24-20201-RAM
Chapter 13

Debtor /

**ORDER GRANTING DEBTOR'S MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT AND TO PURCHASE AND FINANCE A SECOND MOTOR VEHICLE**

**THIS MATTER** came on to be heard on the Court's consent calendar on October 20, 2026, on the Debtor's Motion to Incur New Debt and to Purchase and Finance a Second Motor Vehicle [herein "Motion"; ECF #47]. Based upon the record and with no party having appeared in opposition to the Motion, it is **ORDERED** as follows:

1. The Motion is GRANTED.
2. The Debtor, Jesus Diaz, is authorized to purchase and finance the 2022 Tesla Model 3 described in the Motion and Exhibit A.
3. The Debtor is authorized to obtain financing for the vehicle through any lender willing to extend credit to the Debtor, provided that the required monthly vehicle payment does not exceed $650.00 per month.
4. The Debtor is authorized to execute any and all documents reasonably necessary to purchase, finance, insure, register, and maintain the vehicle and to grant the lender a security interest in the vehicle.
5. Payments on the vehicle shall be made directly by the Debtor outside the Chapter 13 Plan.

6. The Debtor shall not reduce amounts paid or distributed to unsecured creditors under the confirmed Chapter 13 Plan as a result of the additional vehicle expense. The confirmed Plan shall continue to provide for payment of 100% of allowed unsecured nonpriority claims.

7. Except for the authority granted herein to incur the additional secured debt, nothing in this Order modifies the terms of the confirmed Chapter 13 Plan.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.